Motion To Convert

**FILED**

FEB 2 4 2025

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

Case Number 25-30436-swe13

Eric Paul Ransom
455 Randol Mill Avenue
Southlake, TX 76092
ericransom@me.com
214-836-1700
February 24, 2025

Judge Scott W. Everett
Northern District of Texas
1100 Commerce Street Room 1254
Dallas, Tx 75242

Dear Honorable Scott W. Everett

I would like to request a Motion to Convert my Chapter to 13 to Chapter 7.

Sincerely,

Eric Paul Ransom